No. D–210. IN RE DISBARMENT OF BURKA. Disbarment entered. [For earlier order herein, see *ante,* p. 990.]

No. D–215. IN RE DISBARMENT OF LONG. It is ordered that George Wayne Long of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–216. IN RE DISBARMENT OF MEHTA. It is ordered that Mahendra R. Mehta of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–217. IN RE DISBARMENT OF DOUGLAS. It is ordered that George R. Douglas, Jr., of Bethesda, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83, Orig. MARYLAND ET AL. *v.* LOUISIANA. Motion of Columbia Gas Transmission Corp. et al. for leave to file a response to Louisiana's reply granted. JUSTICE POWELL took no part in the consideration or decision of this motion. [For earlier order herein, see, *e. g., ante,* p. 1058.]

No. 79–1144. TEXAS INDUSTRIES, INC. *v.* RADCLIFF MATERIALS, INC., ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 949.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument granted, and 10 additional minutes allotted for that purpose. Petitioner also allotted an additional 10 minutes for oral argument. Motion of Mead Corp. for leave to participate in oral argument as *amicus curiae* denied.